UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | JUDGMENT IN A CRIMINAL CASE<br>(Petty Offense) |
| | Case Number: 7:07-CR-220 (GHL) |
| CHRISTOPHER DOTSON | |
| | Bradford Riendeau,, Esq. (CJA)<br>Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count(s) 1 and 2 as amended on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 240.20 of the New York State Penal Law, and Harassment in the 2nd Degree, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 240.26 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:  April 19, 2007**

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $125.00 and a $5.00 special assessment on each count.  Total fine and assessment amount to $260.00, payable no later than September 11, 2007.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that the original **Counts 1 and 2 of the Information** are dismissed on motion of the United States.


      July 11, 2007          
Date of Imposition of Sentence


      July 27, 2007          
DATE SIGNED

George H. Lowe
United States Magistrate Judge